UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JERRY DEAN PETERSEN,<br><br>                    Plaintiff,<br><br>         v.<br><br>SNOHOMISH COUNTY SUPERIOR COURT, and THE STATE OF WASHINGTON,<br><br>                    Defendants. | CASE NO. C23-1093 MJP-BAT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION |

This matter is before the Court on Plaintiff's Motion for a Continuance. (Dkt. No. 8.) This motion follows the Honorable Brian Tsuchida's Report and Recommendation. ("R&R" (Dkt. No. 7).) The Court interprets Plaintiff's request as a motion for an extension to file objections to the R&R.

R&Rs are written by Magistrate Judges who review a case and issue a Report and Recommendation to the District Judge to advise the District Judge on what should happen with the case. After a Magistrate Judge issues a R&R, if a party disagrees with the Magistrate Judge's

recommendation that party has fourteen (14) days to file objections to the R&R. Here, Plaintiff requests a continuance until January 2024. (Motion at 1.) The Court interprets Plaintiff's motion as a request for an extension to file objections because Plaintiff's objections to the R&R is all that is required at this time. Objections to a R&R consist of written objections to the Magistrate Judge's proposed findings and recommendations. This means that any or all of the R&R written by Judge Tsuchida that Plaintiff disagrees with should be detailed in Plaintiff's objections for the Court to consider. The Court notes that it received Plaintiff's objections to the report and recommendation on August 25, 2023. Nevertheless, the Court will still give Plaintiff additional time to file any amendments to the objections that Plaintiff would like the Court to consider.

The Court declines to give Plaintiff until January 2024 to write these objections, but will grant an extension of sixty (60) days.

IT IS HEREBY ORDERED that Plaintiff shall have until October 16, 2023, to file any objections to the R&R.

The clerk is ordered to provide copies of this order to all counsel.

Dated August 29, 2023.

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION - 2